No. 03-7721. BROWN v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-7722. BROWN v. DONALD, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-7724. JACKSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03-7725. REED v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 03-7729. MERCHANT v. BERGE, WARDEN. Ct. App. Wis. Certiorari denied.

No. 03-7730. REYES v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-7733. STEELE v. COTTEY, SHERIFF, MARION COUNTY, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03-7734. STROMILE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03-7737. TEIXEIRA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03-7738. MITCHELL v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-7739. JANOSSY ET UX. v. GENERAL MOTORS ACCEPTANCE CORP. C. A. 9th Cir. Certiorari denied.

No. 03-7742. BALDAUF v. HYATT ET AL. Ct. App. Colo. Certiorari denied.

No. 03-7749. DAVIS v. FINN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-7752. TAYLOR v. AUBURN UNIVERSITY PUBLIC SAFETY ET AL. C. A. 11th Cir. Certiorari denied.